# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3422

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Sandra Risher, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted:  August 12, 2002
Filed:  August 15, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges

_____

PER CURIAM.

Sandra Risher pleaded guilty to making and uttering forged securities, in violation of 18 U.S.C. § 513.  The district court[1] increased Risher's offense level by 2 levels for abuse of a position of private trust, granted her a downward departure, and sentenced her to 15 months imprisonment, 3 years supervised release, and restitution in the amount of $273,525.95.  On appeal, Risher argues that the district court erred in applying the abuse-of-trust increase.

---

[1]The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri.

We conclude that the district court did not err.  See <u>United States v. Baker</u>, 200 F.3d 558, 563 (8th Cir. 2000) (standard of review).  The undisputed testimony of Risher's former employer at sentencing was sufficient to warrant application of the increase.  See <u>United States v. Brelsford</u>, 982 F.2d 269, 272 (8th Cir. 1992).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.